UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM D. WEBSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE STEPHEN J. HOLMAN, in his official capacity,<br><br>　　　　　Defendant. | CASE NO. C08-5444 RBL<br><br>ORDER ON NOTICE OF INTENT TO DISMISS COMPLAINT AGAINST DEFENDANT |

The Complaint in this cause was filed on July 15, 2008. To date there has been no proof filed that the individual defendant has been served pursuant to FRCP 4(m). The plaintiff has also failed to respond to the MINUTE ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT and to otherwise prosecute this action against the above-named defendant. It is hereby

**ORDERED** that this Complaint may be **dismissed** without further notice to plaintiff, against the defendant on **February 6, 2009,** unless proof of service is filed or the plaintiff shows good cause, in writing, for failure to effect such service upon the above-named defendant before that date.

DATED this 6th day of January, 2009.

　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order of Intent to Dismiss - 1